IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO ADALID MARTINEZ VILLAFRANCA,<br><br>          Plaintiff,<br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>          Defendants | No. C-05-3783 MMC<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Before the Court is plaintiff's application, filed September 20, 2005, for a temporary restraining order. The matter came on regularly for hearing September 28, 2005. Rebecca M. Biernat of Sedgwick, Detert, Moran & Arnold LLP appeared on behalf of plaintiff. Ila C. Deiss, Assistant United States Attorney, appeared on behalf of defendants. Having considered the papers submitted and the arguments of counsel, the Court, for the reasons stated on the record at the hearing, hereby DENIES the application.

**IT IS SO ORDERED.**

Dated: September 28, 2005

　　　　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge